**No. 10-7193. Travis Vondell Cross, Petitioner v. Wisconsin.**

562 U.S. 1202, 131 S. Ct. 1044, 178 L. Ed. 2d 867, 2011 U.S. LEXIS 1055.

January 24, 2011. Petition for writ of certiorari to the Supreme Court of Wisconsin denied.

Same case below, 326 Wis. 2d 492, 786 N.W.2d 64.